UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOYCE HICKS *and* STEPHEN GOLDBERGER, *Individually and on Behalf of All Others Similarly Situated,*<br><br>                                   Plaintiffs,<br>-v-<br><br>HEARST COMMUNICATIONS, INC.<br><br>                                   Defendant. | 21 Civ. 9093 (PAE)<br><br>ORDER |
| DAWN BEGIN, *Individually and on Behalf of All Others Similarly Situated,*<br><br>                                   Plaintiff,<br>-v-<br><br>HEARST COMMUNICATIONS, INC.<br><br>                                   Defendant. | 21 Civ. 9224 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiffs' motions to consolidate the two above-captioned cases and to appoint interim class counsel. The Court directs defendant to file a short letter by December 14, 2021, stating its position on consolidating these two cases. The Court will then resolve plaintiffs' motions to consolidate and appoint interim class counsel.

SO ORDERED.

                                                                  *Paul A. Engelmayer*
                                                                  _____
                                                                  PAUL A. ENGELMAYER
                                                                  United States District Judge

Dated: December 9, 2021
       New York, New York